### 2688.  SAVANNAH ELECTRIC COMPANY *v.* WALSH.

POWELL, J. The evidence authorized the verdict. The charge of the court is not subject to the exceptions alleged against it.

*Judgment affirmed.*

DECIDED JANUARY 24, 1911.

Action for damages; from city court of Savannah—Judge Freeman. April 23, 1910.

*Osborne & Lawrence,* for plaintiff in error.

*Travis & Travis,* contra.

---

### 2694.  GREEN *v.* THE STATE.

RUSSELL, J. The case hinged on the identity of a hog, white and black spotted, which the defendant insisted was his, and the evidence seems to us to preponderate in his favor. But the prosecutor swore that it was his (the prosecutor's), and the jury believed the prosecutor's testimony. No error of law is assigned, and this court has no power to set aside a verdict where a question of fact is the only issue involved.

*Judgment affirmed.*

DECIDED JANUARY 24, 1911.

Indictment for larceny; from Clay superior court—Judge Worrill. March 23, 1910.

*Ben. M. Turnipseed,* for plaintiff in error.

*J. A. Laing, solicitor-general, Reuben R. Arnold,* contra.